IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY VARGAS, on behalf of herself and those similarly situated,<br><br>            Plaintiff<br><br>   vs.<br><br>ST. LUKE'S HOSPITAL & HEALTH NETWORK,<br>ELISSA LANEVE,<br>And JOHN DOES 1-10<br><br>            Defendants | Civil Action<br>No. 12-cv-05378 |

**O R D E R**

      NOW, this 26th day of March, 2014 upon consideration of the following documents:

(1) Defendants' Motion to Strike and Dismiss Plaintiff's Second Amended Individual, Collective, and Class Action Civil Complaint, which motion was filed on July 19, 2013, (Document 32), together with

    (A) Memorandum of Law in Support of Defendants' Motion to Strike and Dismiss Plaintiff's Second Amended Individual, Collective, and Class Action Civil Complaint (Document 32-1);

(2) Plaintiff's Opposition to Defendants' Motion to Dismiss and Strike, which opposition was filed August 5, 2013, (Document 33); and

(3) Second Amended Individual, Collective, and Class Action Civil Complaint, filed July 5, 2013, (Document 31);

and for the reasons expressed in the accompanying Opinion,

-ii-

<u>IT IS ORDERED</u> that Defendants' Motion to Strike and Dismiss Plaintiff's Second Amended Individual, Collective, and Class Action Civil Complaint is denied.

<u>IT IS FURTHER ORDERED</u> that defendants shall have until April 18, 2014 to file an answer to plaintiff's Second Amended Individual, Collective, and Class Action Civil Complaint.

BY THE COURT:

/s/ JAMES KNOLL GARDNER\_
James Knoll Gardner
United States District Judge